United States District Court
Southern District of Texas
ENTERED
AUG 13 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
AUG 12 1998
Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RUMALDO SOLIS, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-96-232 |
| | § | |
| FBI AGENTS A. LAMAR PRUIT, | § | |
| CHARLES C. GREGORSKI, ROBERT | § | |
| GARCIA, PEDRO RIVAS & IRS AGENT | § | |
| DON STAGGS, | § | |
| Defendants. | § | |

## ORDER

Before the Court is the Rumaldo Solis' Original Petition in which the Plaintiff contends that the Defendants violated his civil rights by unlawfully converting his money. Apparently, the Defendants executed a search warrant on the Plaintiff's residence and pursuant to a search seized a certain amount of money. The Plaintiff claims that the government agents seized approximately sixty-one thousand dollars while the Defendants state that approximately thirty thousand dollars were seized. The Plaintiff prays for a judgment against the Defendant's in an amount which constitutes the difference between the above figures.

In order for the Court to flesh out the allegations of this petition, the parties shall address the following items by affidavit:

1) The total amount of currency seized.

2) The source of any money that was seized.

3) Whether any forfeiture proceedings were had and any results thereof.

Both parties shall respond to the above inquiries not later than the 24th day of August, 1998, and the Government should further respond as to how this Court would lack subject matter jurisdiction.

It is so ORDERED.

Done this 10th day of August, 1998, in Brownsville, Texas.

Filemon B. Vela
United States Districts Judge