14

United States District Court
Southern District of Texas
ENTERED

SEP 17 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

SEP 15 1998

Michael N. Milby, Clerk of Court

# INSTRUCTIONS FOR DOCKET CLERK

## C.A. B-96-232

## THE ATTACHED ORDER:

__XX__ DOES NOT CLOSE THIS CASE.

## PLEASE TERMINATE THE FOLLOWING MOTIONS:

#__4___ GRANTED
#__6___ DENIED
#__11__ GRANTED

15 SEPT 98