IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RUMALDO SOLIS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-96-232 |
| | § | |
| A. LAMAR PRUIT-F.B.I., CHARLES C. | § | |
| GREGORSKI-F.B.I., ROBERT GARCIA- | § | |
| F.B.I., PEDRO RIVAS-F.B.I., | § | |
| DON STAGGS-I.R.S. | § | |

## ORDER

Before the Court is Magistrate Judge's Amended Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Amended Report and Recommendation of February 8, 1999 should be **ADOPTED**.

IT IS **ORDERED** that Federal Defendants' Motion To Dismiss or in the Alternative for Summary Judgment (Docket No 10) be **GRANTED** pursuant to Fed. R. Civ. P. 12(b)(6).

IT IS FURTHER **ORDERED** that this case be **DISMISSED WITH PREJUDICE**.

DONE in Brownsville, Texas, on this 3 day of March 1999.

Hilda G. Tagle
United States District Judge