AO 240A (1/94)

29

# United States District Court

Southern DISTRICT OF Texas
Brownsville Division

United States District Court
Southern District of Texas
ENTERED
APR 16 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

Rumaldo Solis

Plaintiff

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

V.

CASE NUMBER: CAB-96-232

Defendant
A-Lamar Pruit

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915;

IT IS ORDERED that the application is:

☑ GRANTED.

☐ The clerk is directed to file the complaint.

☐ DENIED, for the following reasons:

_____

_____

ENTER this __16__ day of __APRIL__, 19_99_.

_Signature_
Signature of Judicial Officer
**JOHN WM. BLACK**
**U.S. MAGISTRATE JUDGE**
Name and Title of Judicial Officer